IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ALEXA WELLS,<br><br>Defendant. | VIOLATION:<br>E1383200<br>Location Code: M13<br><br>ORDER |

Based upon the United States' motion to accept the defendant's payment of a $45 fine and $30 processing fee for violation E1383200 (for a total of $75), and for good cause shown, **IT IS ORDERED** that the $75 fine paid by the defendant is accepted as a full adjudication of violation E1383200.

**IT IS FURTHER ORDERED** that the initial appearance scheduled for October 19, 2023, is **VACATED.**

DATED this 26th day of September, 2023.

_____
John Johnston
United States Magistrate Judge